**K&L GATES LLP**
John H. Culver III
Felton E. Parrish
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina  28202
Telephone:  (704) 331-7400
Fax:  (704) 331-7598

*Counsel to Sprint Nextel Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
            :

**In re**                      :        **Chapter 11**
            :

**DBSD NORTH AMERICA, INC.,** *et al.,*[1]    :       **Case No. 09-13061 (REG)**
            :

          **Debtors.**      :       **(Jointly Administered)**
            :

------------------------------------------------------------x
            :

**SPRINT NEXTEL CORPORATION,**    :
            :

          **Appellants,**    :      \_\_\_ **Civ.** \_\_\_\_ **(\_\_\_)**
            :

    **-Against-**          :
            :

**DBSD NORTH AMERICA, INC.,** *et al.,*    :
            :

          **Appellees.**     :
------------------------------------------------------------x

**STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL BY**
**SPRINT NEXTEL CORPORATION WITH RESPECT TO APPEAL OF  THE**
**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING**
**DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION**

---

[1]  The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: DBSD North America, Inc. (6404); 3421554 Canada Inc. (6404); DBSD Satellite Management, LLC (3242); DBSD Satellite North America Limited (6400); DBSD Satellite Services G.P. (0437); DBSD Satellite Services Limited (8189); DBSD Services Limited (0168); New DBSD Satellite Services G.P. (4044); and SSG UK Limited (6399). The service address for each of the Debtors is 11700 Plaza America Drive, Suite 1010, Reston, Virginia 20190.

In accordance with Rule 8006 of the Federal Rules of Bankruptcy Procedure, Sprint Nextel Corporation ("Sprint") hereby submits the following statement of issues to be presented and designation of record items to be included in the record on appeal to the United States District Court for the Southern District of New York in connection with the Notice of Appeal filed by Sprint on November 24, 2009 with respect to the Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Code entered on November 23, 2009 (Docket No. 547).

## STATEMENT OF ISSUES ON APPEAL

1.      Did the Bankruptcy Court err in confirming the Debtors' Second Amended Joint Plan of Reorganization (the "Plan") by determining that the Plan satisfied the requirements of 11 U.S.C. 1129(b)(2)(B), also known as the absolute priority rule?

2.      Did the Bankruptcy Court apply the correct legal standard when valuing the Debtors' business?

3.      Did the Bankruptcy Court err by finding that the Debtors demonstrated, by the applicable burden of proof, that the value of the reorganized Debtors' business was less than the amount of the Debtors' secured debt where the valuation opinion relied upon by the Debtors provided an opinion of the value of the Debtors' business as of the filing of the bankruptcy case, and there were significant market changes between the time that the bankruptcy case was filed and the date of the confirmation hearing?

4.      Did the Bankruptcy Court err by refusing to allow the parties to have access to and excluding from evidence, while at the same time relying on, certain evidence regarding the value of the Debtors' estates and assets, including evidence concerning proposals for strategic transactions received by the Debtors shortly before and perhaps during the confirmation hearing and the value of those proposals?

4820-5089-6900.02

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

**A.      Items Contained In The Bankruptcy Court Docket.**[2]

| Date | Docket Number | Description |
|---|---|---|
| 11/23/2009 | 547 | Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Code |
| 11/4/09 | 511 | Transcript regarding Hearing Held on 11/2/09 2:28 PM RE: Motion to Approve the DISH DIP Facility. |
| 11/4/09 | 510 | Transcript regarding Hearing Held on 10/30/09 4:35 PM RE: Telephonic Conference. |
| 11/2/09 | 508 | Transcript regarding Hearing Held on 10/29/09 1:40 PM |
| 11/3/09 | 505 | Interim Order signed on 11/3/2009 re: Supplement to the Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a First Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 11/2/09 | 503 | Notice of Filing of (I) Revised Proposed Order Granting the Relief Requested in the Debtors' Supplemental Motion for Entry of an Interim Order (a) Authorizing the Debtors to Obtain Postpetition Financing on a First Lien, Secured Superpriority Basis and (b) Granting Related Relief, and (II) Revised DIP Credit Agreement |
| 11/2/09 | 502 | Declaration of Leo Chang in Support of Entry of Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a First Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/29/09 | 500 | Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy |

---

[2]      For the avoidance of doubt, the record on appeal shall include all exhibits accompanying the designated items.

4820-5089-6900.02

| | | Code with Blackline Comparison |
|---|---|---|
| 10/28/09 | 497 | Joinder Of The Bank Of New York Mellon, As Indenture Trustee, In The Ad Hoc Committee's (I) Statement In Support Of Debtors' Motion For Entry Of An Order (A) Authorizing The Debtors To Obtain Postpetition Financing On A Second Lien, Secured Superpriority Basis And (B) Granting Related Relief, And (II) Objection To Debtors' Supplement To The Debtors' Motion For Entry Of An Order (A) Authorizing The Debtors To Obtain Postpetition Financing On A First Lien, Secured Superpriority Basis And (B) Granting Related Relief |
| 10/28/09 | 496 | Ad Hoc Committee's (I) Statement In Support Of Debtors' Motion For Entry Of An Order (A) Authorizing The Debtors To Obtain Postpetition Financing On A Second Lien, Secured Superpriority Basis And (B) Granting Related Relief, And (II) Objection To Debtors' Supplement To The Debtors' Motion For Entry Of An Order (A) Authorizing The Debtors To Obtain Postpetition Financing On A First Lien, Secured Superpriority Basis And (B) Granting Related Relief |
| 10/28/09 | 495 | DISH Network Corporation's Limited Objection to the Supplement to the Debtors' Motion For Entry Of An Order (A) Authorizing The Debtors To Obtain Postpetition Financing On A Second Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/27/09 | 490 | Notice of Filing of Certain Additional Loan Documents Pertaining to the Proposed Debtor in Possession Financing Set Forth in the Debtors' Motion for Entry of an Order (A) Authorizing the Debtor to Obtain Postpetition Financing on a Second Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/27/09 | 489 | Order Granting Debtors' Expedited Motion for an Order to Shorten Time with Respect to the Hearing on the Supplement to the Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a First Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/27/09 | 488 | Notice of Filing of Dictated Decisions and Unpublished Orders Cited in Supplement to the Debtors' Motion for |

4820-5089-6900.02

| | | |
|---|---|---|
| | | Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a First Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/26/09 | 487 | Debtors' Omnibus Response in Support of the Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a Second Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/26/09 | 486 | Supplemental Motion to Authorize Supplement to the Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a First Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/26/09 | 484 | Notice of Filing of (I) Proposed Order Granting the Relief Requested in the Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a Second Lien, Secured Superpriority Basis and (B) Granting Related Relief, (II) DIP Credit Agreement, and (III) Certain Additional Disclosures |
| 10/26/09 | 483 | Debtors' Expedited Motion for an Order to Shorten Time with Respect to the Hearing on the Supplement to the Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a First Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/26/09 | 479 | Bench Decision On Confirmation |
| 10/24/09 | 478 | DISH Network Corporation's Objection to Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a Second Lien, Secured Superpriority Basis and (B) Granting Related Relief |
| 10/23/09 | 475 | Objection of Sprint Nextel Corporation to Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a Second Lien, Secured Superpriority Basis and (B) Granting Related Relief |

4820-5089-6900.02

| 10/21/09 | 473 | Notice of Filing of (I) Proposed Order Granting the Relief Requested in the Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a Second Lien, Secured Superpriority Basis and (B) Granting Related Relief, (II) DIP Credit Agreement, and (III) Certain Additional Disclosures |
|---|---|---|
| 10/13/09 | 466 | Supplemental Valuation Declaration of Michael Henkin In Support of Plan Confirmation. (FILED UNDER SEAL) |
| 10/13/09 | 465 | Supplemental Declaration of Robert Nabholz. (FILED UNDER SEAL) |
| 10/12/09 | 458 | Motion to Approve Debtor in Possession Financing Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Obtain Postpetition Financing on a Second Lien, Secured Superpriority Basis and (B) Granting Related |
| 10/12/09 | 457 | Notice of Filing of Supplemental Valuation Declaration of Michael Henkin in Support of Plan Confirmation |
| 10/2/09 | 449 | Transcript regarding Hearing Held on 9/25/09 Re: Confirmation of the Plan. |
| 10/5/09 | 443 | Order signed on 10/5/2009 re: Submitting Supplemental Valuation Declarations. |
| 10/2/09 | 442 | Ad Hoc Committee's Joinder In Debtors' Supplemental Brief Supporting Remedy After Bankruptcy Court Designation Of DISH Network Corporation's Voting On The Debtors' Second Amended Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code |
| 10/2/09 | 441 | Debtors' Supplemental Brief Supporting Remedy After Bankruptcy Court Designation of DISH Network Corporation's Voting on the Debtors' Second Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code |
| 9/30/09 | 437 | Notice of Sixth Amendment to Plan Supplement in Support of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |

4820-5089-6900.02

| 9/30/09 | 433 | DISH Network Corporation's Supplemental Memorandum of Law Regarding Designation of Vote to Reject the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 Bankruptcy Code |
|---------|-----|---|
| 9/28/09 | 431 | Transcript regarding Hearing Held on 9/24/09 RE: Hearing on Confirmation of the Plan. |
| 9/28/09 | 430 | Transcript regarding Hearing Held on 9/23/09 RE: Hearing on Confirmation of the Plan. |
| 9/24/09 | 429 | Transcript regarding Hearing Held on 9/22/09 |
| 9/22/09 | 419 | Order Granting Debtors' Motion for Approval of Immaterial Modifications to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Without Need for Further Solicitation of Votes |
| 9/22/09 | 415 | Notice of Filing of Amended Objection and Response Summary Chart Regarding the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 9/21/09 | 409 | Notice of Presentment of Debtors' Motion for Approval of Immaterial Modifications to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Without Need for Further Solicitation of Votes |
| 9/18/09 | 406 | Notice of Disclosures in Accordance with Section 1129(a)(5) of the Bankruptcy Code in Connection with the Confirmation of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 9/18/09 | 405 | Notice of Fifth Amendment to Plan Supplement in Support of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 9/16/09 | 401 | Blackline of Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |

4820-5089-6900.02

| 9/16/09 | 400 | Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
|---|---|---|
| 9/16/09 | 399 | Debtors' Motion for Approval of Immaterial Modifications to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Without Need for Further Solicitation of Votes |
| 9/16/09 | 398 | Notice of Filing of (A) Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) Postconfirmation Order and Notice |
| 9/16/09 | 397 | Order Granting Debtors' Expedited Motion for a New Order to Shorten Time with Respect to Hearing on the Debtors' Motion for Approval of Immaterial Modifications to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Without the Need for Further Solicitation of Votes |
| 9/16/09 | 396 | Debtors' Expedited Motion for a New Order to Shorten Time with Respect to Hearing on the Debtors' Motion for Approval of Immaterial Modifications to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Without the Need for Further Solicitation of Votes |
| 9/11/09 | 394 | Order Granting Motion of Sprint Nextel Corporation for Temporary Allowance of Claims for Voting Purposes |
| 9/4/09 | 365 | Notice of Fourth Amendment to Plan Supplement in Support of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 9/4/09 | 359 | Joinder of the Official Committee of Unsecured Creditors in Support of the Debtors' Memorandum of Law in Support of Confirmation of the Second Amended Joint Plan of Reorganization |

4820-5089-6900.02

| | | |
|---|---|---|
| 9/4/09 | 358 | Debtors' Expedited Motion to Shorten Time With Respect to Hearing on the Debtors' Motion for Approval of Immaterial Modifications to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Without the Need for Further Solicitation of Votes |
| 9/2/09 | 355 | Reply Declaration of Timothy M. Farrar in Further Support of the Objection to DISH Network Corporation, As First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization. (UNDER SEAL DOCUMENT) |
| 9/2/09 | 354 | Notice of Filing Reply Declaration of Timothy M. Farrar in Further Support of the Objection to DISH Network Corporation, As First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization. (UNDER SEAL DOCUMENT) |
| 9/2/09 | 353 | Reply Declaration of Robert Nabholz in Further Support of the Objection to DISH Network Corporation, As First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization. (UNDER SEAL DOCUMENT) |
| 9/2/09 | 352 | Notice of Filing Reply Declaration of Robert Nabholz in Further Support of the Objection to DISH Network Corporation, As First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization. (UNDER SEAL DOCUMENT) |
| 9/2/09 | 351 | Reply Declaration of Yuri Brodsky. (UNDER SEAL DOCUMENT) |
| 9/2/09 | 350 | Notice of Filing Reply Declaration of Yuri Brodsky. (UNDER SEAL DOCUMENT) |
| 9/3/09 | 349 | Notice of Filing of Orders and Unpublished Decisions From Other Cases Cited in Debtors' Omnibus Response to Objections to Confirmation of the Debtors' Second Amended Joint Plan of Reorganization filed by Christopher Marcus on behalf of DBSD North America, Inc. |
| 9/3/09 | 348 | Notice of Filing of Orders and Unpublished Decisions From Other Cases Cited in Debtors' Memorandum of Law in Support of Confirmation of the Second Amended Joint |

4820-5089-6900.02

| | | |
|---|---|---|
| | | Plan of Reorganization filed by Christopher Marcus on behalf of DBSD North America, Inc. |
| 9/3/09 | 344 | Declaration of Robert Rehg in Support of the Objection of DISH Network Corporation, as First Lien Lender to the Debtors' Second Amended Joint Plan of Reorganization (UNDER SEAL DOCUMENT) |
| 9/3/09 | 343 | Notice of Filing of Third Amendment to Plan Supplement in Support of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 9/3/09 | 342 | Debtors' Omnibus Response to Objections to Confirmation of the Debtors' Second Amended Joint Plan of Reorganization |
| 9/2/09 | 341 | Debtors' Memorandum of Law in Support of Confirmation of the Second Amended Joint Plan of Reorganization |
| 9/2/09 | 340 | Certification of Jeffrey S. Stein of the Garden City Group, Inc. with Respect to the Tabulation of Votes on the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code |
| 9/2/09 | 339 | Certification of Jane Sullivan of Financial Balloting Group LLC with Respect to the Tabulation of Votes on the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 9/2/09 | 338 | Ad Hoc Committee's (A) Response to Objections to Confirmation of Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of Bankruptcy Code and (B) Joinder in the Debtors' Response |
| 9/2/09 | 337 | Notice of Filing of Reply Declaration of Yuri Brodsky Under Seal |
| 9/2/09 | 336 | Corrected Declaration of Yuri Brodsky |
| 9/2/09 | 335 | Notice of Filing of Declaration of Robert Rehg in Support of the Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of |

4820-5089-6900.02

| | | |
|---|---|---|
| | | Reorganization |
| 9/2/09 | 334 | Notice of Filing of Reply Declaration of Robert Nabholz in Further Support of the Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization |
| 9/2/09 | 333 | Notice of Filing of Reply Declaration of Timothy M. Farrar in Further Support of the Objection of DISH Network Corporation as First Lien Lender to Debtors' Second Amended Joint Plan of Reorganization |
| 9/2/09 | 332 | Notice of Filing of Reply Affidavit of Michael P. Corkery in Support of Plan Confirmation |
| 9/2/09 | 331 | Notice of Filing of Reply Affidavit of Michael Henkin In Support of Plan Confirmation |
| 9/2/09 | 328 | Notice of Filing of Second Amendment to Plan Supplement in Support of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 8/28/09 | 322 | Declaration of Yuri Brodsky filed on behalf of Ad Hoc Committee of Noteholders |
| 8/28/09 | 321 | Notice of Filing of Affidavit of Michael Henkin in Support of Plan Confirmation |
| 8/28/09 | 320 | Affidavit of Michael P. Corkery in Support of Plan Confirmation |
| 8/28/09 | 319 | Affidavit of Michael Henkin in Support of Plan Confirmation. (Filed Under Seal) |
| 8/28/09 | 317 | Declaration of Robert Nabholz in Support of the Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization. (Filed Under Seal) |
| 8/28/09 | 316 | Declaration of Timothy M. Farrar in Support of the Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of |

4820-5089-6900.02

| | | |
|---|---|---|
| | | Reorganization. (Filed Under Seal) |
| 8/28/09 | 314 | Notice of Filing of Declaration of Robert Nabholz in Support of the Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization |
| 8/28/09 | 313 | Notice of Filing of Declaration of Timothy M. Farrar in Support of the Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization |
| 8/27/09 | 309 | Amended Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization, with Exhibits A through P. (Filed Under Seal) |
| 8/26/09 | 308 | Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization, with Exhibits A through P. (Filed Under Seal) |
| 8/27/09 | 302 | Corrected Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of Reorganization |
| 8/25/09 | 300 | Transcript regarding Hearing Held on 8/20/09 |
| 8/24/09 | 299 | Transcript regarding Hearing Held on 8/20/09 8:36 AM (AM Session) |
| 8/26/09 | 298 | Amended Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases in the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 8/26/09 | 297 | Declaration of Paul S. Hessler in Support of the Objection of DISH Network Corporation, as First Lien Lender, to the Debtors' Second Amended Joint Plan of Reorganization |
| 8/26/09 | 296 | Objection of DISH Network Corporation, as First Lien Lender, to Debtors' Second Amended Joint Plan of |

4820-5089-6900.02

| | | |
|---|---|---|
| | | Reorganization |
| 8/25/09 | 291 | Notice of Amendment to Plan Supplement Exhibit to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 8/24/09 | 290 | Objection of Sprint Nextel Corporation to Debtors' Second Amended Joint Plan of Reorganization |
| 8/21/09 | 287 | Notice to Counterparties to Potentially Rejected Executory Contracts and Unexpired Leases in the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code |
| 8/21/09 | 286 | Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases in the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 8/18/09 | 274 | Omnibus Reply of Sprint Nextel Corporation in Support of Its Motion for Temporary Allowance of Its Claim for Voting Purposes |
| 8/18/09 | 270 | Notice of Filing of Plan Supplement in Support of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 8/18/09 | 269 | Plan Supplement - Part 2 |
| 8/17/09 | 268 | Plan Supplement - Part 1 |
| 8/13/09 | 261 | Debtors' Objection to Sprint Nextel Corporation's Motion for Temporary Allowance of Claims for Voting Purposes |
| 8/13/09 | 260 | Objection of the Official Committee of Unsecured Creditors to Motion of Sprint Nextel Corporation for Temporary Allowance of Claims for Voting Purposes |
| 8/10/09 | 249 | Notice of Filing of Certain Plan Supplement Exhibits to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United |

4820-5089-6900.02

|  |  | States Bankruptcy Code |
|---|---|---|
| 7/29/09 | 237 | Motion of Sprint Nextel Corporation for Temporary Allowance of Claims for Voting Purposes |
| 7/27/09 | 234 | Order signed on 7/27/2009 Approving the Adequacy of the Disclosure Statement etc. and Scheduling Confirmation Hearing |
| 7/24/09 | 233 | Notice Of Revised Disclosure Statement Order And Solicitation Procedures Attached Thereto |
| 7/24/09 | 232 | Blackline of Debtors' Second Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code |
| 7/24/09 | 231 | Debtors' Second Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code |
| 7/24/09 | 230 | Blackline of Disclosure Statement For The Debtors' Second Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code |
| 7/24/09 | 229 | Disclosure Statement For The Debtors' Second Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code |
| 7/22/09 | 227 | Amended Schedules filed: Amended Schedule G For New DBSD Satellite Services G.P. filed by Christopher Marcus on behalf of DBSD North America, Inc. |
| 7/20/09 | 215 | Notice Of Amendments To Debtor DBSD Satellite Services G.P.'s (Case No. 09-13066) Schedule F - Creditors Holding Unsecured Non-Priority Claims |
| 7/20/09 | 214 | Amended Schedules filed: Notice Of Amendments To Debtor DBSD North America, Inc.'s (Case No. 09-13061) Schedule F - Creditors Holding Unsecured Non-Priority Claims |
| 7/14/09 | 209 | Statement - Notice Of Filing Of Replacement Exhibit 2 (Summary Of Terms And Conditions For Proposed New Credit Facility) To The Debtors' Second Amended Joint |

- 14 -

|  |  | Plan Of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code |
|---|---|---|
| 7/13/09 | 201 | Blackline of Disclosure Statement For The Debtors' Second Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code |
| 7/13/09 | 200 | Disclosure Statement For The Debtors' Second Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code |
| 7/13/09 | 199 | Blackline of Debtors' Second Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code |
| 7/13/09 | 198 | Debtors' Second Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code |
| 7/13/09 | 197 | Notice Of Revised Disclosure Statement Order And Solicitation Procedures Attached Thereto filed by Christopher Marcus on behalf of DBSD North America, Inc. |
| 6/26/09 | 147 | Blackline Disclosure Statement For The Debtors' First Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code |
| 6/26/09 | 146 | Disclosure Statement For The Debtors' First Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code |
| 6/26/09 | 145 | Debtors' Black Line First Amended Joint Plan Of Reorganization |
| 6/26/09 | 144 | Debtors' First Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code |
| 6/19/09 | 128 | Schedules filed: CORRECTED ENTRY: Schedules filed: Schedules A-H for DBSD Satellite Services G.P. [Replaces Image of Docket No. 76] |

4820-5089-6900.02

| 6/19/09 | 127 | Statement of Financial Affairs CORRECTED ENTRY: Statement of Financial Affairs DBSD Satellite Services G.P. [Replaces Image of Docket No. 71] |
|---|---|---|
| 6/19/09 | 126 | Statement of Financial Affairs CORRECTED ENTRY: Statement of Financial Affairs - SSG UK Limited [Replaces Image of Docket No. 70] |
| 6/19/09 | 125 | Statement of Financial Affairs CORRECTED ENTRY: Statement of Financial Affairs - DBSD Services Limited [Replaces Image of Docket No. 68] |
| 6/19/09 | 124 | Statement of Financial Affairs CORRECTED ENTRY: Statement of Financial Affairs - DBSD Satellite Services Limited [Replaces Image of Docket No. 67] |
| 6/19/09 | 123 | Statement of Financial Affairs CORRECTED ENTRY: Statement of Financial Affairs - DBSD Satellite North America Limited [Replaces Image of Docket No. 66] |
| 6/19/09 | 122 | Statement of Financial Affairs CORRECTED ENTRY: Statement of Financial Affairs - 3421554 Canada Inc. [Replaces Image of Docket No. 64] |
| 6/19/09 | 121 | Statement of Financial Affairs CORRECTED ENTRY: Statement of Financial Affairs - DBSD NORTH AMERICA, INC. [Replaces Image of Docket No. 63] |
| 6/2/09 | 80 | Schedules A-H for SSG UK Limited |
| 6/2/09 | 79 | Schedules A-H for New DBSD Satellite Services G.P. |
| 6/2/09 | 78 | Schedules A-H for DBSD Services Limited |
| 6/2/09 | 77 | Schedules A-H For DBSD Satellite Services Limited |
| 6/2/09 | 76 | Schedules A-H for DBSD Satellite Services G.P. (This Document is Restricted From Public View to Comply with the E-Government Act of 2002 and is Superseded by Entry No. 128) |
| 6/2/09 | 75 | Schedules A-H for DBSD Satellite North America Limited |

4820-5089-6900.02

| 6/2/09 | 74 | Schedules A-H for DBSD Satellite Management, LLC |
| 6/2/09 | 73 | Schedules filed: Schedules A-H For 3421554 Canada Inc. |
| 6/1/09 | 72 | Schedules filed: - Schedules - A-H For DBSD North America, Inc. |
| 6/1/09 | 71 | Statement of Financial Affairs - DBSD Satellite Services G.P. (This Document is Restricted From Public View to Comply with the E-Government Act of 2002 and is Superseded by Entry No. 127) |
| 6/1/09 | 70 | Statement of Financial Affairs - SSG UK Limited (This Document is Restricted From Public View to Comply with the E-Government Act of 2002 and is Superseded by Entry No. 126) |
| 6/1/09 | 69 | Statement of Financial Affairs - New DBSD Satellite Services G.P. |
| 6/1/09 | 68 | Statement of Financial Affairs - DBSD Services Limited (This Document is Restricted From Public View to Comply with the E-Government Act of 2002 and is Superseded by Entry No. 125) |
| 6/1/09 | 67 | Statement of Financial Affairs - DBSD Satellite Services Limited (This Document is Restricted From Public View to Comply with the E-Government Act of 2002 and is Superseded by Entry No. 124) |
| 6/1/09 | 66 | Statement of Financial Affairs - DBSD Satellite North America Limited (This Document is Restricted From Public View to Comply with the E-Government Act of 2002 and is Superseded by Entry No. 123) |
| 6/1/09 | 65 | Statement of Financial Affairs - DBSD Satellite Management, LLC |
| 6/1/09 | 64 | Statement of Financial Affairs - 3421554 Canada Inc. (This Document is Restricted From Public View to Comply with the E-Government Act of 2002 and is Superseded by Entry No. 122) |

4820-5089-6900.02

| 6/1/09 | 63 | Statement of Financial Affairs - DBSD NORTH AMERICA, INC., et al., (This Document is Restricted From Public View to Comply with the E-Government Act of 2002 and is Superseded by Entry No. 121) |
| 5/30/09 | 60 | Debtors' Motion For Entry Of An Order: (A) Approving The Adequacy Of The Disclosure Statement; (B) Approving Certain Dates Related To Confirmation Of The Plan; (C) Approving Certain Voting Procedures And The Form Of Certain Documents To Be Distributed In Connection With Solicitation Of The Plan; And (D) Approving Proposed Voting And General Tabulation Procedures |
| 5/30/09 | 59 | Disclosure Statement For The Debtors' Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code |
| 5/30/09 | 58 | Debtors' Joint Plan Of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code filed by Christopher Marcus on behalf of DBSD North America, Inc. |
| 5/15/09 | 11 | Declaration of Michael P. Corkery (A) In Support of Debtors' Chapter 11 Petitions and First Day Motions and (B) Pursuant to Local Rule 1007-2 filed by Christopher Marcus on behalf of DBSD North America, Inc. |

**B.      Items Not Contained In The Bankruptcy Court Docket.**

1.      Preliminary Exhibit List of Sprint Nextel Corporation In Connection With Confirmation Hearing.

2.      DISH Network Corporation's Designation of Deposition Testimony.

3.      DISH Network Corporation's Designation of Confirmation Hearing Exhibits.

4.      Debtors' Confirmation Hearing Exhibit List.

5.      Debtors' Confirmation Hearing Deposition Designations.

6.      Ad Hoc Committee's Witness, Exhibit, and Deposition Designation List In Connection With The Confirmation Hearing.

4820-5089-6900.02

7.    Sprint Nextel Corporation's Counter-Designation of Deposition Testimony In Connection With Confirmation Hearing.

8.    Ad Hoc Committee's Objections and Counter-Designations To The Deposition Designations of DISH Network Corporation.

9.    DISH Network Corporation's Objections and Counter Designations of Deposition Testimony.

10.    Debtors' Confirmation Hearing Deposition Counter-Designations.

11.    DISH Network Corporation's Updated Designation of Confirmation Hearing Exhibits.

12.    DISH Network Corporation's Designation of Additional Confirmation Hearing Exhibits.

13.    Debtors' Supplemental Confirmation Hearing Exhibit List.

14.    Confirmation Hearing Exhibits 1 – 15 submitted by Sprint Nextel Corporation.

15.    Confirmation Hearing Exhibits 1 – 83 submitted by the Debtors.

16.    Confirmation Hearing Exhibits 1 – 164 submitted by DISH Network Corporation.

17.    Confirmation Hearing Exhibits 1 – 23 submitted by the Ad Hoc Committee of Noteholders.

[signatures on following page]

Dated: November 24, 2009
       New York, New York

Respectfully submitted,

K&L GATES LLP

/s/  Eric Moser

Eric Moser
599 Lexington Avenue
New York, New York  10022-6030
Telephone:  (212) 536-3900
Facsimile:  (212) 536-3901
Eric.Moser@klgates.com

*and*

John H. Culver III
Felton E. Parrish
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina  28282
Telephone:  (704) 331-7400
Fax:  (704) 331-7598
John.Culver@klgates.com
Felton.Parrish@klgates.com

*Attorneys for Sprint Nextel Corporation*

4820-5089-6900.02