EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 12/16/09
```

-----------------------------------------------------------x
In re                                                      :   Chapter 11
                                                           :
DBSD NORTH AMERICA, INC., et al.,[2]                       :   Case No. 09-13061 (REG)
                                                           :
                            Debtors.                       :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x
                                                           :
SPRINT NEXTEL CORPORATION,                                 :
                                                           :
                            Appellants,                    :   09 Civ. 10156 (LAK)
                                                           :
             -Against-                                     :
                                                           :
DBSD NORTH AMERICA, INC., et al.,                          :
                                                           :
                            Appellees.                     :
-----------------------------------------------------------x

### ORDER GRANTING MOTION OF APPELLANT SPRINT NEXTEL CORPORATION TO MODIFY PAGE LIMITATIONS FOR APPEAL BRIEFS

This matter came before the Court upon the Motion of Appellant Sprint Nextel Corporation to Modify Page Limitations For Appeal Briefs (the "Motion"), and it appearing to the Court that the relief requested in the Motion is appropriate, it is hereby ORDERED that for the purposes of this appeal the page limitations set forth in Federal Rule of Bankruptcy Procedure 8010 should apply. Accordingly, principal briefs shall not exceed 50 pages, and reply briefs shall not exceed 25 pages.

LEWIS A. KAPLAN, USDJ   12/17/09

---

[2] The Debtors in these Chapter 11 cases are: DBSD North America, Inc.; 3421554 Canada Inc.; DBSD Satellite Management, LLC; DBSD Satellite North America Limited; DBSD Satellite Services G.P.; DBSD Satellite Services Limited; DBSD Services Limited; New DBSD Satellite Services G.P.; and SSG UK Limited.

4