K&L GATES LLP  
John H. Culver III  
Felton E. Parrish  
Hearst Tower, 47th Floor  
214 North Tryon Street  
Charlotte, North Carolina  28202  
Telephone:  (704) 331-7400  
Fax:  (704) 331-7598  

*Counsel to Sprint Nextel Corporation*

K&L GATES LLP  
Eric T. Moser  
599 Lexington Avenue  
New York, New York 10022-6030  
Telephone:  (212) 536-3900  
Facsimile:  (212) 536-3901  



UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x  
In re                                        :   Chapter 11  
                                             :  
DBSD NORTH AMERICA, INC., *et al.*,[1]        :   Case No. 09-13061 (REG)  
                                             :  
                          Debtors.           :   (Jointly Administered)  
                                             :  
------------------------------------------------------------x  
                                             :  
SPRINT NEXTEL CORPORATION,                   :  
                                             :  
                          Appellant,         :   09 Civ. 10156 (LAK)  ECF CASE  
                                             :  
     -Against-                               :  
                                             :  
DBSD NORTH AMERICA, INC., *et al.*,          :  
                                             :  
                          Appellees.         :  
------------------------------------------------------------x  

<u>NOTICE OF APPEAL</u>

---

[1] The Debtors in these Chapter 11 cases are: DBSD North America, Inc.; 3421554 Canada Inc.; DBSD Satellite Management, LLC; DBSD Satellite North America Limited; DBSD Satellite Services G.P.; DBSD Satellite Services Limited; DBSD Services Limited; New DBSD Satellite Services G.P.; and SSG UK Limited.

1

Sprint Nextel Corporation, the appellant in the above-referenced bankruptcy appeal, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered in this action on the 24th day of March, 2010.

The parties to the order appealed from and the names and addresses of their respective attorneys, are as follows:

| **Debtors and Debtors in Possession** | **Ad Hoc Committee of Noteholders** |
|---|---|
| James H.M. Sprayregen, P.C.<br>Christopher J. Marcus<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br><br>-and-<br><br>Marc J. Carmel<br>Sienna R. Singer<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br><br>*Counsel to the Debtors and Debtors in Possession* | Dennis F. Dunne<br>Risa M. Rosenberg<br>Jeremy S. Sussman<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br><br>- and –<br><br>Andrew M. Leblanc<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>1850 K Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7500<br><br>*Counsel to the Ad Hoc Committee* |

**Official Committee of Unsecured Creditors**

Steven J. Reisman
Timothy A. Barnes
Maryann Gallagher
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Counsel to the Official Committee
of Unsecured Creditors*

Dated: April 12, 2010
       New York, New York

                                  Respectfully submitted,

                                  K&L GATES LLP

                                  /s/ Eric Moser
                                  Eric Moser
                                  599 Lexington Avenue
                                  New York, New York  10022-6030
                                  Telephone:  (212) 536-3900
                                  Facsimile:  (212) 536-3901
                                  Eric.Moser@klgates.com

                                  *and*

                                  John H. Culver III
                                  Felton E. Parrish
                                  K&L Gates LLP
                                  Hearst Tower, 47th Floor
                                  214 North Tryon Street
                                  Charlotte, North Carolina  28282
                                  Telephone:  (704) 331-7400
                                  Fax:  (704) 331-7598
                                  John.Culver@klgates.com
                                  Felton.Parrish@klgates.com

                                  *Attorneys for Sprint Nextel Corporation*

3